FILED _____ RECEIVED
_____ ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

NOV - 8 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

Ann-Martha Andrews
Nevada Bar No. 007585
Kristina N. Holmstrom
Nevada Bar No. 010086
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, AZ 85016
Telephone: 602.778.3700
Fax: 602.778.3750
ann.andrews@ogletree.com
kristina.holmstrom@ogletree.com

*Attorneys for Defendant Standard Insurance Company*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| STACI L. DALLENBACH, | Case No.: 2:18-cv-02024 |
| Plaintiff, | ORDER |
| vs. | ~~STIPULATION~~ TO EXTEND TIME TO RESPOND TO COMPLAINT |
| STANDARD INSURANCE COMPANY, | |
| Defendant. | |

Plaintiff Staci L. Dallenbach and defendant Standard Insurance Company hereby stipulate and request the Court to extend Standard's deadline to answer or otherwise respond to Dallenbach's Complaint by 32 days, from November 15, 2018 through and including December 17, 2018. The defendant requested the stipulation, and the plaintiff agreed, in order to provide defense counsel sufficient time to obtain and review the file, prepare a responsive pleading, and consult with her client before the deadline. Reciprocally, the defendant has agreed to waive any requirement that the Nevada Insurance Commissioner be served a copy of the summons and complaint.

The parties certify that this stipulation was done in good faith and not for the purposes of delay.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
WELLS FARGO TOWER
SUITE 1500, 3800 HOWARD HUGHES PARKWAY
LAS VEGAS, NV 89169
TELEPHONE: 702.369.6800

Dated this 7th day of November 2018.

HATFIELD & ASSOCIATES, LTD.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Trevor J. Hatfield
    Trevor J. Hatfield
    Nevada Bar No. 007373
    703 South 8th Street
    Las Vegas, NV 89101
    Telephone: 702.388.4469
    Fax: 702.684.5147
    thatfield@hatfieldlawassociates.com

*Attorneys for Plaintiff Staci L. Dallenbach*

By: /s/ Ann-Martha Andrews

    Ann-Martha Andrews
    Nevada Bar No. 007585
    Kristina N. Holmstrom
    Nevada Bar No. 010086
    Esplanade Center III, Suite 800
    2415 East Camelback Road
    Phoenix, AZ 85016
    Telephone: 602.778.3700
    Fax: 602.778.3750
    ann.andrews@ogletree.com
    kristina.holmstrom@ogletree.com

*Attorneys for Defendant Standard Insurance Company*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _____November 8, 2018_____

2