# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| STACI L. DALLENBACH, | |
|---|---|
| Plaintiff, | |
| vs. | 2:18-CV-02024-GMN-VCF |
| STANDARD INSURANCE COMPANY, | **ORDER** |
| Defendant. | |

Before the court is the proposed discovery plan and scheduling order (ECF No. 12).

Accordingly,

IT IS HEREBY ORDERED that a hearing on the proposed discovery plan and scheduling order (ECF No. 12) is scheduled for 2:00 PM, February 15, 2019, in Courtroom 3D.

DATED this 1st day of February, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE