ROBERT J. ROSATI, CA State Bar #112006
robert@erisalg.com
6485 N. Palm Avenue, Suite 105
Fresno, California 93704
Telephone: (559) 478-4199
Facsimile: (559) 478-5939
*Pro Hac Vice*

Attorney for Plaintiff, STACI L. DALLENBACH

Ann-Martha Andrews, Nevada Bar No. 007585
ann.andrews@ogletree.com
Kristina N. Holmstrom, Nevada Bar No. 010086
kristina.holmstrom@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, AZ 85016
Telephone: (602) 778.3700
Fax: 602.778.3750

Attorneys for Defendant Standard Insurance Company

# UNITED STATES DISTRICT COURT FOR
# DISTRICT OF NEVADA

| | |
|---|---|
| STACI L. DALLENBACH, | Case No.: 2:18-cv-02024-GMN-VCF |
| Plaintiff, | **STIPULATED MOTION TO CHANGE TIME OR DATE AND REQUEST FOR TELEPHONIC APPEARANCE AT SCHEDULING CONFERENCE** |
| v. | |
| STANDARD INSURANCE COMPANY, | |
| Defendant. | |

Plaintiff STACI L. DALLENBACH and Defendant STANDARD INSURANCE COMPANY jointly request the Court to change the time and/or date of the hearing on the proposed discovery plan and scheduling order, which is currently set for February 15, 2019 at 2:00 p.m. (*See* ECF 13.) Counsel for Defendant Standard has a scheduling conflict at that date and time. Therefore, the parties respectfully request the Court to change the time of the hearing on February 15, 2019, to any time in the morning up to 1:00 p.m. (LV time), or in the alternative to change the date of the hearing to February 12 (afternoon), 13 (any time), 20 (until 3:00 p.m.), 21 (until 2:30 p.m.), 22 (at any time), or another time as the Court sees fit.

In addition, because the office of counsel for Plaintiff is located in Fresno, California and the office of counsel for Defendant is located in Phoenix, Arizona, the parties respectfully request leave of this Court for Robert J. Rosati and Ann-Martha Andrews to appear by telephone for the hearing on the Proposed Discovery Plan/Scheduling Order.

Respectfully submitted.

DATED: February 8, 2019

/s/ Robert J. Rosati
Robert J. Rosati
robert@erisalg.com
6485 N. Palm Avenue, Suite 105
Fresno, California 93704
Telephone: 559.478.4199; Fax: 559.478.5939
*Pro Hac Vice*

Attorney for Plaintiff, STACI L. DALLENBACH

DATED: February 8, 2019

/s/ *Ann-Martha Andrews*
Ann-Martha Andrews (SBN 012616)
ann.andrews@ogletree.com
Kristina N. Holmstrom (Nevada SBN 010086)
kristina.holmstrom@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, AZ 85016
Telephone: (602) 778.3700; Fax: 602.778.3750

Attorneys for Defendant,
STANDARD INSURANCE COMPANY

The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

## **ORDER**

Having good cause,

IT IS SO ORDERED THAT THE:

1. The hearing on the Proposed Discovery Plan/Scheduling Order is moved from February 15, 2019 at 2:00 p.m. to: February 15, 2019 at 11:00 AM and

2. The parties' request for leave of this Court for Robert J. Rosati and Ann-Martha Andrews to appear by telephone for the hearing on the Proposed Discovery Plan/Scheduling Order is hereby GRANTED.

_____
**HONORABLE CAM FERENBACH**
**UNITED STATES DISTRICT COURT**
**MAGISTRATE JUDGE**