Ann-Martha Andrews
Nevada Bar No. 007585
Kristina N. Holmstrom
Nevada Bar No. 010086
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, AZ 85016
Telephone: 602.778.3700
Fax: 602.778.3750
ann.andrews@ogletree.com
kristina.holmstrom@ogletree.com

*Attorneys for Defendant Standard Insurance Company*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| STACI L. DALLENBACH,<br><br>Plaintiff,<br><br>vs.<br><br>STANDARD INSURANCE COMPANY,<br><br>Defendant. | Case No.: 2:18-cv-02024<br><br>**STIPULATION TO EXTEND TIME TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION TO SET STANDARD OF REVIEW** |

Plaintiff Staci L. Dallenbach and defendant Standard Insurance Company hereby stipulate and request the Court to extend Standard's deadline to file its reply memorandum by one week, from March 22, 2019 through and including **March 29, 2019**. The defendant requested the stipulation, and the plaintiff agreed, in order to accommodate defense counsel's workload and out of office requirements.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
WELLS FARGO TOWER
SUITE 1500, 3800 HOWARD HUGHES PARKWAY
LAS VEGAS, NV 89169
TELEPHONE: 702.369.6800

The parties certify that this stipulation was done in good faith and not for the purposes of delay.

Dated this 18th day of March 2019.

ROBERT J. ROSATI

By: /s/ Robert J. Rosati
    Robert J. Rosati
    6485 N. Palm Avenue, Suite 105
    Fresno, CA 93704
    Telephone: 559.478.4199
    Facsimile: 559.478.5939
    robert@erisalg.com
    *Pro Hac Vice*

    Trevor J. Hatfield
    HATFIELD & ASSOCIATES, LTD.
    Nevada Bar No. 007373
    703 South 8th Street
    Las Vegas, NV 89101
    Telephone: 702.388.4469
    Fax: 702.684.5147
    thatfield@hatfieldlawassociates.com

    *Attorneys for Plaintiff Staci L. Dallenbach*

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Ann-Martha Andrews
    Ann-Martha Andrews
    Nevada Bar No. 007585
    Kristina N. Holmstrom
    Nevada Bar No. 010086
    Esplanade Center III, Suite 800
    2415 East Camelback Road
    Phoenix, AZ 85016
    Telephone: 602.778.3700
    Fax: 602.778.3750
    ann.andrews@ogletree.com
    kristina.holmstrom@ogletree.com

    *Attorneys for Defendant Standard Insurance Company*

IT IS SO ORDERED:

_____

UNITED STATES MAGISTRATE JUDGE

DATED: _____3-18-2019_____

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
WELLS FARGO TOWER
SUITE 1500, 3800 HOWARD HUGHES PARKWAY
LAS VEGAS, NV 89169
TELEPHONE: 702.369.6800

1    **CERTIFICATE OF SERVICE**

2         I hereby certify that I electronically transmitted the attached document to the Clerk's

3    Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing

4    to the following CM/ECF registrant:

5         Trevor J. Hatfield

6         Nevada Bar No. 007373
         703 South 8th Street

7         Las Vegas, NV 89101

8         Robert J. RosatiCA State Bar #112006

9         6485 N. Palm Avenue, Suite 105
         Fresno, CA 93704

10        robert@erisalg.com

11        DATED this 18th day of March 2019.

12

13                                              /s/ Elizabeth Linville
                                               An Employee of Ogletree, Deakins,
14                                             Nash, Smoak & Stewart, P.C.

15

16                                                         37802471.1

17

18

19

20

21

22

23

24

25

26

27

28
                                      3