Ann-Martha Andrews, Nevada Bar No. 007585
Kristina N. Holmstrom, Nevada Bar No. 010086
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
2415 East Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone: 602.778.3700
Fax: 602.778.3750
ann.andrews@ogletree.com
kristina.holmstrom@ogletree.com

*Attorneys for Defendant Standard Insurance Company*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| STACI L. DALLENBACH,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>STANDARD INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No.: 2:18-cv-02024-GMN-VCF<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

　　　　Plaintiff Staci L. Dallenbach and defendant Standard Insurance Company hereby stipulate and agree to dismiss all of the plaintiff's claims against the defendant with prejudice. The parties agree that they will each bear their own attorneys' fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

RESPECTFULLY SUBMITTED this 16th day of June 2020.

| ERISA LAW CENTER | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| By: s/ Robert J. Rosati (w/ permission)<br>Robert J. Rosati, *pro hac vice*<br>6485 N. Palm Avenue, Suite 105<br>Fresno, CA 93704<br>robert@erisalg.com | By: s/ Ann-Martha Andrews<br>Ann-Martha Andrews, NV Bar No. 007585<br>Kristina N. Holmstrom, NV Bar No. 010086<br>2415 East Camelback Road, Suite 800<br>Phoenix, AZ 85016<br>ann.andrews@ogletree.com<br>kristina.holmstrom@ogletree.com |
| HATFIELD LAW ASSOCIATES | *Attorneys for Defendant Standard Insurance Company* |
| By: s/ Trever J. Hatfield (w/ permission)<br>Trevor J. Hatfield<br>703 South Eighth Street<br>Las Vegas, NV 89101<br>thatfield@hatfieldlawassociates.com | |
| *Attorneys for Plaintiff Staci L. Dallenbach* | |

**IT IS SO ORDERED.**

Dated this  17  day of June, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

2

# CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of June 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Trevor J. Hatfield
Hatfield Law Associates
703 South Eighth Street
Las Vegas, NV 89101
thatfield@hatfieldlawassociates.com

Robert J. Rosati
ERISA Law Center
6485 N. Palm Avenue, Suite 105
Fresno, CA 93704
robert@erisalg.com

*Attorneys for Plaintiff Staci L. Dallenbach*

DATED this 16th day of June 2020.

        /s/ Diane Kelly
An Employee of Ogletree, Deakins,
Nash, Smoak & Stewart, P.C.

43028110.1

3